Case 1:18-cr-00019-LMB  Document 1  Filed 12/30/17  Page 1 of 1 PageID# 1

AO 91 (Rev. 11/11) Criminal Complaint

F I L E D
DEC 30 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Sean Andrew Duncan<br><br>Defendant(s) | Case No. 1:17-MJ-621 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 29, 2017** in the county of **Loudon** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1519 | Knowingly altering, destroying, mutilating, and concealing tangible objects, that is, a thumb drive and memory chip, with the intent to impede and obstruct the investigation of a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), a department or agency of the United States. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

**FBI Special Agent Katherine Campo**
*Printed name and title*

Reviewed by AUSA/SAUSA:
AUSA Colleen E. Garcia

Sworn to before me and signed in my presence.

Date: 12/30/2017

*Judge's signature*

**The Hon. Ivan D. Davis, U.S. Magistrate Judge**
*Printed name and title*

City and state: Alexandria, VA