IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
FEB -6
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 1:18-cr-19 |
| | ) | |
| v. | ) | Count 1: 18 U.S.C. §1519 |
| | ) | Obstruction of Justice |
| SEAN ANDREW DUNCAN, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

February 2018 Term, Alexandria

THE GRAND JURY CHARGES THAT:

On December 29, 2017, in Sterling, Virginia, in the Eastern District of Virginia, the defendant, SEAN ANDREW DUNCAN, unlawfully and knowingly altered, destroyed, mutilated, concealed, and covered up tangible objects with the intent to impede and obstruct the investigation of a matter within the jurisdiction of an agency of the United States, or in contemplation of such matter; to wit: DUNCAN altered, destroyed, mutilated, concealed, and covered up a thumb drive and memory chip with the intent to impede and obstruct an investigation of the Federal Bureau of Investigation into criminal violations of United States law.

(In violation of Title 18, United States Code, Section 1519).

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

FOREPERSON

Dana J. Boente
United States Attorney

By: _____
Gordon D. Kromberg
Colleen Garcia
Assistant United States Attorneys