# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** LMB

City: 

Superseding Indictment:

**Criminal No.** 18cr19

County: Loudoun

Same Defendant: 

New Defendant:

Magistrate Judge Case No.: 1:17mj621

Arraignment Date:

Search Warrant Case No.: 1:17sw883; 1:18sw2

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Sean Andrew Duncan   Alias(es):   ☐ Juvenile  FBI No.

**Address:** xxxx Courtyard Square, Sterling, VA

**Employment:**

**Birth Date:** x/xx/96   **SSN:** xxx-xx-7786   **Sex:** Male   **Race:**   **Nationality:** US

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   Language/Dialect:   Auto Description:

## Location/Status:

**Arrest Date:**   ☒ Already in Federal Custody as of: Dec 29, 2017   in: Alexandria Detention Center

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Elizabeth Mullin   ☐ Court Appointed   Counsel Conflicts:

**Address:** 1650 Prince Street, Suite 500, Alexandria, VA 22314   ☐ Retained

**Phone:** 703.600.0879   ☒ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Gordon D. Kromberg   **Phone:** 703.299.3700   **Bar No.** 33676

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI SA Rachel Bergstrom, 202-278-4910

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1519 | obstruction of justice | 1 | felony |
| Set 2: | | | | |

**Date:** 1/11/19   **AUSA Signature:** [signature]   *may be continued on reverse*