Filed with the CISO
name WR652
date 4/27/2018

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Under Seal** |
| | ) | |
| v. | ) | No: 1:18-CR-161 |
| | ) | |
| SEAN ANDREW DUNCAN, | ) | Filed with Classified Information |
| | ) | Security Officer |
| Defendant. | ) | ***In Camera, Ex Parte*** |

GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA* MOTION FOR A