# EXHIBIT 1:

## Report of Dr. Jonathan DeRight

## FILED UNDER SEAL