# EXHIBIT 2:

# Letters in Support of Sean Duncan

Honorable Leonie M. Brinkema
U.S. District Judge

Dear Judge Brinkema,

My name is Joan Ruth, I am Sean Duncan's Grandmother. I am 74 years old, retired from working various jobs, such as Western Electric, State Worker, Toll Collector for Fort McHenry Tunnel, plus catering jobs, etc.

I have known Sean for all of his 22 yrs. Sean is my daughter's son and I am very close to Sean and always will be. I know Sean like the back of my hand. We have always talked and got along well.

Sean growing up is well behaved and does what he can to help anyone who needs help and is also very thoughtful.

As far as for helping in the community he has helped with his friends in sports and also church.

I have many friends and elderly people that they think Sean as being well mannered and very polite to them.

Sean has spent many hours through the years studying books and is very good in art and Religion.

Sean and myself have always been close. I would have to say that Sean thinks, the way I feel about people and life and always tries to put them first and help. He is a good person and very polite.

Even though my Grandson Sean has pleaded guilty and spent almost 6 months in jail for which he doesn't go a Day without Realizing that he faces the years in jail. Sean is very scared and doesn't want to spend his life in jail.

So if you could please consider that I as his Grandmother know he is sorry and he is not that bad person, I know it in my heart.

Sincerely,
Joan Ruth

Honorable Leonie M. Brinkema
U.S. District Judge

Dear Judge Brinkema,

Where do I begin? Being Sean's Mom, I have always wanted for my children to have a better life than what I had, and mine was pretty good. I wanted them to go to Catholic School to get a good education, learn to respect and treat others kindly and to love one another. Lastly to grow up and be hardworking, caring adults.

This was a very difficult task as I have always been in Real Estate and usually worked in some type of management to afford these things. So most of my time, other than days off or vacations, were spent working. So Sean spent a lot of time with my mom, who Sean refers to as "his Joannie." The one he absolutely adores and trusts explicitly.

With being the youngest of the 3 children (4 years apart), having a different father than the other 2, Sean had, by far, the roughest road to travel. He was born February 17, 1996 during a blizzard. We lived in a rowhome in Greektown (Baltimore City, MD) which was infested with roaches and mice. Not to mention that the house was built in the early 1900's and since his father was trying to renovate it, had much dust (lead paint) which was transmitted throughout the house. I went, without his father's permission, to his Pediatrician to have him tested. His lead levels were at 6.00 which were higher than average. When I consulted his father, he just blew it off.

①

So in 2000, I purchase a home with my Mom in Dundalk (Baltimore County, Md) which was close to parks and public schools. Sean attended Kindergarten and First Grade at Bear Creek Elementary. He was absolutely adorable and very pleasant to everyone. Especially a young Autistic boy named Michael. His Mom said that he never interacted with anyone until he met Sean, and he was overjoyed to have Sean as his friend. He even invited him to his Birthday party, he was that "Special" to Michael.

He then went to Our Lady of Hope / St. Luke's School from 2nd through 5th grade. He made his First Holy Communion and he stole my heart, he looked like an "Angel." He was so happy here with his friends, doing well in school and his Teachers loved him. They would tell me how polite and considerate Sean was to them and his classmates. They sent him postcards over the summer from their vacations, letting him know that they were looking forward to seeing him in the upcoming school year.

Sean was extremely good in art and loved to draw. He wanted to join Boy Scouts and his father told him "No, it was for Gay Boys." He was upset. His brother was active in football and baseball, so of course Sean too wanted to play. Again he was turned down because it was too rough. The only sport that his father would let him get into was golf. Which didn't happen until 10th grade. And the only reason was because his father and

②

Grandfather (Gary's Father) played golf. So Sean was deprived of being a child and learning how to interact with other children and being part of a team.

Things were really getting bad with Gary and myself, so in 2004 we moved with my mom to a townhome in Dundalk and Gary moved back to Greektown.

During 5th grade year, Sean's Best Friend Colton, died tragically on a football field after having just been released by his Doctor to play football. It was so heartbreaking. Not only for his 10-11yr old classmates, but especially Sean. It hit him so hard, he was so hurt and lost without him. Sean made the comment "why couldn't it be me and not Colton?" I was devistated, but believe that it came from the physical trauma that his father put him through, and he was searching for answers. There were grief counselors at school and I tried to take Sean to a Psychiatrist to get some help, but he refused to go and hated me for it.

So the following school year, knowing that Sean would not have Victoria or any of her classmates to lean of for support, (all of Victoria's girl friends all loved Sean like a little brother, so he felt comfortable around them.) Since they all graduated to high school, I asked Victoria to go to Baltimore Lutheran School with Sean, since it was elementary to 12th grade.

③

I thought this would be a better situation to help Sean. So for 6th and part of 7th grade, they went to Baltimore Lutheran together. At first Sean didn't like the idea, but later made some good friends and even joined the band. Something to keep him busy and finally make him feel like he was part of something. Ultimately his father would intervene and convinced him to go to Public School. All during which time he would rarely stop to see him or spend time with him. And when he did, he would make Sean feel guilty that he wasn't spending enough time with him. This was not Sean's fault as his father who physically and mentally abused him and myself, was trying to make him feel guilty. His father never even supported him financially, let alone as a father during this time. Sean was always a sweet and caring boy, so why would anyone be hateful to him?

 Later in 7th and 8th grade, Sean attended General John Stricker Middle School (Balto. Co) He did well, when he went. My mother would have to take him and pick him up to make sure that he went. Ninth grade- he went to Patapsco High School where the same would continue and the 2nd part of the year, he was transferred to Rosedale School, where he was bused and picked up. He did well there.

 That Summer we moved to our own townhouse across the street from my Mom. Sean would have his own room, his privacy.

④

He loved the fact that we were still close to my Mom, his new Best Friend lived acrossed the street and Sean had a pool that he could swim in, all of the time. And that's just what he did from morning til night, Sean was in the pool. Also during this time, Sean found his first girlfriend, Amanda, who was his best friend's sister, also 2 yrs older than Sean. She was very advanced and quite the "Golddigger." Only Sean did not have a job.

 A year went by and the neighborhood was getting really bad, so I had to make a tough decision and decided it best to move out of state. I found a very large 3 bedroom 2 Bath home on an acre + lot in Bethany Beach, DE, only 3 miles to the beach. A great area for any child to live. Only Victoria, since she was attending College at Stevenson University, decided to stay with her boyfriend and his Mom in Balto Co. Sean went with me, helped me move in, enjoyed a few weeks at the beach and then one day his father turned up, only to learn that he had convinced Sean to move back to Greektown with him. Sean said, "I lived with you all this time, so now it's Gary's turn." Knowing this was the worst mistake that I would make, I had to let him go.

 We would talk a little and I would find out that he really didn't have any food living with Gary, nor did he have any supervision. So he went back to the home in Greektown, same home that it

⑤

was when he was born, no real bedroom or shower or kitchen. No place to bring friends or anyone. He continued to see Amanda but only for a short time, as she would cheat on him and broke his heart. Though he would never admit it. So he started Senior High School at Patterson High School in Baltimore City. (1 mile from his home) This was an interracial school, some hispanic, some muslim, and a few white. He very rarely attended school as his father worked from 11pm until 8am and there was no one there to supervise him. So he spent many hours playing video games and on the computer. Sean's 11th grade year is when I believed he converted to Muslim and missed most of the school year. Therefore his father had to pay for him to go to night school. He advanced to the 12th grade. During the first half of the year he would tell me he was doing well and ready to graduate. But something did not sit well with me so I contacted the school myself. Only to find out that Sean was in danger of not graduating, since he had not been in school. They had tried to contact his father at home, knocked on the door, sent certified letters, called and still no response. They were extremely happy when I called as they wanted to see Sean graduate, they said he was a good kid and that he hadn't been in school and was at risk of not graduating. I told them that I would get Sean back into school and after a few phone calls, he was back.   ⑥

He passed his finals with high 90's (A's) and had he gone all year, he would have had a much higher GPA than the 2.17 that he would end up with at Graduation. Sean and I were so happy that he finally went back to graduate. I knew he could do it.

Summer came and he visited a few times at the beach. He went back to Greektown, did nothing but continued to learn and study the Islamic Religion. At some point he got a part-time job at CVS, but not for long.

He visited a few times and the last time before his life would be turned upside down, was right before Christmas 2015. Sean along with Victoria and her boyfriend, came to visit for Christmas. We went to the Outback for dinner, the Rehoboth outlets to do Christmas shopping, and Sean got a new PS4 game system for Christmas. We went back to my Mom's house where he stayed up all night playing video games. My mom said he didn't stop to pray and ate whatever he wanted to eat. Sunday Dec 13th, he went back to Greektown like the Sean he had always been. Then Friday Dec. 18, 2015, I received a facebook notification from someone in Zakiya's family, who tagged Sean, congratulating him on his marriage. I thought for sure I would have a heart attack. I tried to call Sean, texted him, no response. I called my mom and his sister who were both in total shock that this would happen. Not even a mention of her or

⑦

of this happening. How could this be? I called his father who was apparently on his way home from the wedding with his father. He said, "I thought Sean told you?" Knowing well that he did not. His Grandfather had put up the money for the Dowry. Sean knew that by letting myself, Victoria, my mom or his uncle (my brother) know, that we would have tried to talk him out of it.

The following morning, I had contacted Homeland Security, since none of this made any sense at all. After several hours, their response was that I should be happy he married a doctor. This was totally ridiculous. There were too many RED FLAGS.
- It was all very rushed, no notice, (like someone was worried he would change his mind or something)
- Her parents were not at the wedding That's why they were supposedly going to Bangledesh for another wedding
- She was 15 yrs. his senior
- She was studying to be a doctor - what would she want with an 18 yr old., who had no money or a job?
- She was not an American citizen, but Canadian
- She had never been married and apparently all sorts of men with money wanted to marry her - but she wanted Sean.
- Makes no sense at all.

⑧

Definitely a Mother's gut instinct. I was really worried for Sean, so I called a really close childhood friend who worked for NASA and got me in touch with the F.B.I. I had talked to several Agents and was finally told that if they felt there was anything there, someone from Counter-Terrorism would call me back. A few days later, that call came. I spoke to several different people and someone must have looked into everything because they (Sean and Zakiya) were planning to go to Turkey, Syria and then Bangledesh. Only they were stopped in Turkey where each of them were interviewed seperately for 22 hours and then sent back to the U.S. Sean told me jokingly that they told him they would have let him in had it not been for her, as she wore the whole face dress. I am so very thankful that they were sent home as I was told that he would have been sent to Syria to fight and die. Thank God and the FBI for not letting this happen. When they returned to the U.S., Sean called to tell me about it and how terrified he was at the whole situation. Several months went on, Sean visited the Beach and one time made the comment as the news was on, that it was ok for be-headings as the Bible allowed it. My opinion, but still not ok.

Throughout this time, I met with 2 FBI Agents from MD, both very nice ladies and 1 of them was a Mom and she explained just how these radical people work. They prey on young boys with very low self-esteem, usually from broken families. They make

⑨

them feel as though they are so loved and part of their families and culture. In the end, it is to achieve whatever it is that they want, even at the risk of death.

    May 2016, Victoria was graduating college and Sean wanted to be there. So I picked him up, we went to graduation, went to dinner and had a wonderful time. I took Sean back to the apartment they were living in near Glen Burnie, Md. As we stopped, we were talking and Sean told me Zakiya was pregnant. I was so very upset and asked him why they couldn't wait, it was too soon. He said she's so much older and they didn't have much time. Meanwhile he tells me, crying frantically, that during his time with Gary, he tried to strangle him. How horrific?

    Several months went by and I really hadn't talked with Sean much, however continued to speak with the F.B.I. During this time, Sean and Zakiya moved to Pittsburgh for her to get a fellowship. I started talking to Sean a little more often. I received a phone call I believe early in February that the Baby was born January 29, 2017. I was unable to visit them as it was too long of a ride for just myself. Victoria was sick and my mom would never have made it. He would call us and let us listen to the baby talk. Sean had visited his Grandfather in MD with the baby but was unable to get to DE. So, I never got to see him. Late one night in early June 2017, I learned that the Baby had died.

⑲

Now I would never get to see him. I had to tell my Mom who I knew would be terribly upset and at her age, worried that she may have a heart attack. I had to tell Victoria who was extremely heartbroken and cried frantically. We got together and drove to Virginia where they were staying at her Aunt's house. Sean was not home yet and Victoria was afraid to go in without him. A while later he came back, after making all of the arrangements and spending many hours at the Mosque. Sean hadn't cried yet as he always held in his tears and I knew he would at some point break down. The following morning for the viewing and the burial was unbelievably hard on everyone, but especially Sean. The little infant child, his baby boy, would he have to bury. Such a heartbreaking day. I watched as my little boy, jumped into the hole/grave where he would lay his little boy to rest. He dug with his hands to be near him. I never cried so hard in my life. Of all he wanted, his own child, he would never again get to hold him and watch him grow up. Rest in Peace Sweet Abraham.

After the burial, Victoria and I left to go back home. Daily after this I spoke with Sean to check on him as well as Zakiya. I knew they were trying to find a new place to live in VA. Sean came to visit my Mom in Sept., but only for a few days. In early Nov., I went to visit them in their new home. Trying to overcome and look past what I thought was wrong.

⑪

I stayed for almost a week. During these days I would see really how things were with them. We went to a farm, during the ride Zakiya made a phone call from her phone, to my phone which showed up my daughter's number. This was totally unacceptable. She let me know that Sean wasn't listening to her, would not sleep and wanted to eat American foods. I simply told her that he did these things with me and I am his Mother, and really it was no different as he wasn't going to change. He hadn't prayed a lot of the time. We did have a thanksgiving dinner together. I had found out that she was pregnant again and due around the beginning of June. I was not very happy to hear this as it was too soon with her being on all types of anti depressents, etc. Friday came and I left to go home.

    Then came the phone call on Dec 29, 2017 at 10:30 pm. Zakiya called to tell me that Sean was in Alexandria Detention Center for Obstruction of Justice. I went into shock, I couldn't handle it.

    I know that Sean truly is such a good hearted caring boy, and I am certain that he is so very sorry for his sins. And in light of his youth, I would pray and ask that you may be as lenient as you possibly could be so that he may come out and rejoin society and his family, as I will always be here for my son now and when he is released.

Praying For His Forgiveness    ⑫

Laurie Duncan

The Honorable Leslie M. Brinkema

Alexandria, VA.

Madam:

I am writing to you in regards to Sean Andrew Duncan.

My name is Phillip N. Duncan and am Sean's grandfather. I am a retired steelworker of forty plus years. As a member of the Masonic Order these charges hurt me immensely. I am truely saddened by these turn of events.

Knowing now that Sean has made these bad life choices really baffles me. Until his senior year of high school he was the kindest, gentlest child one could want to meet.

Most of his young years were spent in Catholic or Christen schools and seamed very normal. When he entered public education he became totally involed in the Moslem religion and learned to speak and write thier language in a relatively short time. He was influenced by a Moslem teacher at his school and seemed to have had great influence on him. During his final year of high school he started telling his father (Gary A. Duncan) that he was going to leave the country and marry a Moslum women he had never met, and only talked to on the phone.

Sean's father was at wit's end many times trying to deal with Sean's obsession with the Moslem religion. Many times his father tried to dissuade him and turn him to a more normal lifestyle. I also tried to get him involved in golf and change his mindset. He did join his high school golf team and showed some promise. Sean seemed to settle down a little and me, Sean and his Dad had some things in common to bind us.

(CON'T)                          (2)

SOON AFTER GOLF SEASON ENDED HE IMMERSED HIMSELF BACK INTO HIS PURSUIT OF A MOSLEM EDUCATION. BEFORE TO LONG HE WAS INTRODUCED TO A MUSLIM WOMAN AND IN A SHORT TIME THEY WE. THE WOMEN WAS MUCH OLDER THAN SEAN AND SEEMED STRANGE TO OUR FAMILY BUT THERE WAS NO STOPPING SEAN AT THIS POINT.

GARY (SEAN'S DAD) AND I THINK THIS WAS A PREARRANGED MEETING BY SOMEONE WHO HAD GREAT INFLUENCE OVER SEAN. AT THE TIME SHE WAS NOT A U.S CITIZEN AND SEEMED TO LOOKING FOR A WAY TO GAIN CITIZENSHIP. SHE SEEM TO HAVE PULLED HIM EVEN DEEPER INTO THE ISLAMIC FAITH. WE (GARY AND I) THINK HIS MIND WAS BEING CONTROLLED BY MUCH OLDER PEOPLE THAN HIMSELF.

SEAN ALSO SUFFER MENTAL TRAUMA GROWING UP AT THE HANDS OF A CONDESCENDING MOTHER AND GRANDMOTHER. THIS DROVE GARY AND LAURIE (SEAN'S MOM) APART AND FINALLY TO DIVORSE. THIS ALSO HAPPENED IN LAURIE'S FIRST MARRIAGE WHERE TWO CHILDREN WERE INVOLVED. SEAN WAS ALSO SEXUALLY ABUSED BY SOMEONE UNKNOWN TO ME OR HIS FATHER BECAUSE SEAN WOULD NOT REVEAL TO HIS FATHER THE PERSON WHO HAD ABUSED HIM.

SEAN HAS NEVER SHOWN ME ANYTHING BUT RESPECT. THE SEAN I KNEW DOES NOT HAVE A MEAN BONE IN HIS BODY. IT SEEMS TO ME HE WAS TRYING TO IMPRESS SOMEONE IN THE MOSLEM RELIGION WITH HIS RHETORIC AND ACTIONS. MUCH TO THE DETRIMENT OF SEAN.

BARRING SOME UNDERLYING MENTAL ILLNESS WHICH I HAVE NO WAY OF KNOWING SEAN IS AS MEEK AND MILD PERSON AS YOU WOULD WANT TO MEET. SEAN HAS ALWAYS BEEN A GRACIOUS, AND LOVING PERSON IN OUR FAMILY.

I THINK THE THINGS HE HAS DONE HIGHLIGHTS HIS IMMATURITY AND MAKING FOOLISH DECISIONS THAT HAVE BROUGHT HIM TO THIS MALADJUSTED PLACE IN HIS LIFE.           (CON'T)

(3)

I WAS TAKEN ABACK BY THE FACT SEAN HAD PORNOGRAPHIC MATERIAL IN HIS POSSESSION. THIS TYPE MATERIAL IS SO PREVALENT IN OUR SOCIETY TODAY THAT IT IS AFFECTING MANY YOUNG MINDS. THE LACK OF SENSIBLE FORMS OF CENSORSHIP OVER THE MEDIA HAS LED TO THIS SAD STATE OF AFFAIRS. IN OUR SOCIETY TODAY IT'S NOT A MATTER OF IF IT IS HAPPENING, MORE OF A MATTER WHEN. PERSONALLY IM SHOCKED BY SOME OF THE IMAGES ALLOWED ON PUBLIC MEDIA. I'VE SEEN YOUNG PEOPLE MALE AND FEMALE VIEWING THIS TYPE MATERIAL IN PUBLIC PLACES WITH UTTER IMPUNITY. TAKING ALL THIS IN AND SEEING THE SCOPE OF THE PROBLEM I HOPE AND PRAY SEAN HAS NOT ACTIVELY ACTED OUT OR ANY OF THESE CHARGES BUT HAS BEEN CAUGHT UP IN THINGS THAT HIS IMMATURE MIND CANNOT FULLY PROCESS.

IN MY RECENT CONVERSATIONS WITH SEAN HE SEEMS MUCH MORE THE PERSON I KNOW. SEAN IS SADDENED AND REMORSEFULL FOR WHAT HAS HAPPENED. REALIZING HOW THIS HAS AFFECTED EX FAMILY HAS ALSO SADDEN HIM. OUR FAMILY PREY'S FOR SEAN THAT HE CAN REFOCUS HIS LIFE A START ANEW.

YOUR HONOR WITH ALL YOUR KNOWLEDGE AND WISDOM I PREY THAT YOUR DECISION WILL TAKE INTO ACCOUNT ALL FACTORS AS THEY APPLY TO SEAN.

With Respect

Sincerely Your

P.N.D.