# EXHIBIT 3:

## Letter to the Court from Sean Duncan

بسم اللّٰه الرحمٰن الرحيم

*In the name of God, Most Gracious, Most Merciful*

To the Honourable Judge Leonie M. Brinkema,

My name is Sean Andrew Duncan, I am twenty-two years old and I was born and raised in Baltimore, Maryland. I want to start off by again admitting my guilt in these two offenses, and by asking forgiveness from anyone who may have suffered in any way due to my incarceration and my beyond unacceptable, abnormal, and abhorrent actions. I have attempted to make peace with God, begging forgiveness almost; if not everyday. I seek reconciliation with my family, my friends, and my community; especially those who feel wronged and/or hurt by my actions. I am truly sorry for my misdeeds, anything that I can do to make right my wrongs - if it be within the scope of my capability - it is my most ardent desire to do so. If I could reverse time and do things over; I certainly would in this situation, but I cannot. All I can do now is accept responsibility, strive for reconciliation, and work as hard as I can for betterment and for change.

I do feel strongly that people can change, despite who they are or what they have done. This is of course given they have a sincere desire, and the opportunity to do so. I believe for most, including myself; it also requires a complete change of environment, such as prison or a treatment facility. Through much thought and self-evaluation; amongst other factors, I have realized that admittance of my wrong actions, telling the truth despite the cost, and letting justice be done, even if paradise should fall; is my best course of action for starting a new and better chapter in my life. Another factor that inspired this reasoning in me comes from my faith; a quote from the Quran that stood out to me during my incarceration. The verse states:

"O he you who believe! Stand out firmly for justice, as witnesses to God, even as against yourselves, or your parents; or your kin, and whether it be against rich or poor; for God can best protect both. Follow not the lusts of your hearts lest ye swerve, and if you distort justice or decline to do justice; Indeed, God is well acquainted with all that you do." (4:135)

My time at the detention center has also allowed me to contemplate a number of my issues and possible solutions. While here, I have spoken extensively to the mental health counselor and another mental health doctor about my life and how it lead to this point.

██████████████████████████████ health is so that I can heal, recieve the p██████████████████████████████ lanation to some of my on-going challe██████████████████████████████ I have committed myself to finding ways to solve these challenges or to at least cope, because I know these are things that I need to work on. I can no longer allow my life to continue to suffer because of them. I also have realized that my incarceration affects not only me, but also my loved ones. Therefore, I also want to heal for them so that I can re-enter society as an effective and beneficial member.

My strongest addiction has been the viewing of pornography. From a very young age; when it began, it has slowly degenerated into the worst types of porn just to continue feeding the high I felt from it. Much like a drug addict might experiment with increasingly dangerous amounts and types of drugs, just to achieve the same high he used to get from ~~marijuana~~ marijuana, I too stooped to new lows in the severity and

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

allowed my problems to spiral out of control to the point that it had a negative impact on others and that it lead to me viewing such repulsive material.

I had hoped my conversion to Islaam might eradicate my addiction completely, and it did for a time, but then my cycle of addiction somehow came back which caused my depression to worsen as a result. I had entered Islam in a sect that already walks a fine line between fundamentalism and extremism, so couple these factors with the zeal and knowledge of a convert and you have an ingredient list for someone prone to extremism. Since I entered Islam, I faced threats to my life and my livelihood from my parents. I had little to no friends, and because of factors such as work and trying to fix my relationship with my parents I also began to lose touch with some of the moderate muslim teachers I had met. Without having a support structure, I began to find one online. The people I met had a very negative impact on my thoughts, which lead to me saying some unsavory things online. once I had done this my reputation in the muslim community had become ~~irroparable~~ irrecoverable, and many people continued not trusting me or wanting to make meaningful friendships with me as a result. This only lead me deeper into the arms of extremists, and I continued flirting with extremist women looking for the attention I wasn't getting in

my real life. I said things to them that were not true representations of my feelings and made statements I didn't agree with, just to win their approval. Much like a gang member might exxagrate his standing to impress a certain type of woman, I also engaged in this thoughtless activity, except I was in reality a poser; someone pretending to be something they are not. These problems, friends, and ideas that I had formed had understandably made it difficult for me to fully re-integrate into a muslim community, and I was trying and I was trying to fully de-radicalize during this past year.

My time so far has allowed me to fully de-radicalize and I unequivocally condemn all extremism and extremists. I renounce the socalled Islamic State and all of the evil they have stood for. I have become very liberal and it is my hope to continue to promote love and understanding, like I did in my few months as a teacher. I am working dilligently to completely understand myself and in the future I hope to help others that may suffer from some of the challenges I have faced, such as addiction, depression, or extremism. Thank you for your time and consideration in my affair.

Sincerely,
Sean Duncan